In the Matter of PAUL JONES, Respondent, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles, Appellant, Impleaded with Others.

(Argued May 18, 1936; decided June 2, 1936.)

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein, Robert P. Beyer* and *Charles A. Schneider* of counsel), for appellant.

*William T. Griffin* and *James J. Doyle* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.